UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-50021 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Receipt of Child Pornography (18 U.S.C. § 2252A(a)(2)(A)) |
| MATTHEW SHAWN BUCHKO, | Possession of Child Pornography (18 U.S.C. § 2252A(a)(5)(B)) |
| Defendant. | |

The Grand Jury charges:

COUNT I

On or about between September 27, 2019, and February 27, 2020, at Rapid City, in the District of South Dakota, the defendant, Matthew Shawn Buchko, knowingly received any visual depiction that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant, Matthew Shawn Buchko, knew the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the defendant, Matthew Shawn Buchko, knew the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252A(a)(2)(A).

COUNT II

On or about between September 27, 2019, and February 27, 2020, at Rapid City, in the District of South Dakota, the defendant, Matthew Shawn Buchko, did knowingly possess computer files that contained images of child

pornography that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and that were produced using material that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2. If convicted of an offense set forth above, Matthew Shawn Buchko, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the distribution, receipt, or possession of child pornography. Such property includes, but is not limited to, the following specific items found in the possession of Matthew Shawn Buchko on or about February 27, 2020.

   A. One Samsung Galaxy Note 9, SM-N960U cell phone, with serial number RF8K92VWG1F;

   B. One Western Digital MyBook 3TB External Hard Drive, with serial number WMC1T0651439;

   C. One Western Digital 320 GB External Hard Drive, with serial number WXE808FA2882;

   D. One Western Digital 320 GB External Hard Drive, with serial number WXE808CX7812;

E. One Hewlett Packard 17m-ae111dx Laptop Computer, with serial number 170511JR1000BN2ZGJ3E;

F. One Apple A1251 Laptop Computer, with serial number W88150F7YP3;

G. One Lexar 32 GB SD Card, with ECU 2020-047HS;

H. One Samsung SM-G930V Cellular Phone, with serial number R38H20ED0QM.

A TRUE BILL:

**Name Redacted**

_____

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____