# ComputerForensicResources

2600 W. 49th St. #110, Sioux Falls, SD 57105
Phone 605.334.9131 •   • www.sdforensics.com

July 19, 2021

Pennington County Sheriff's Office
Attn: Hollie Strand, Computer Forensic Examiner
1444 Fountain Plaza Dr.
Rapid City, SD 57702

*Completed 7-27-2021*

RE:   *United States of America v. Matthew Buchko*
      Request for Digital Evidence & Reports

Dear Hollie Strand,

Please find enclosed one 6TB hard drive for the purpose of providing the digital evidence related to the above-captioned matter.

Please format the imaged media as **NTFS**.

If you (or any other agent) have completed any forensic reports (IEF, FTK, EnCase, etc.), please include them (in their entirety, including bookmarked data) on this thumb drive for efficiency and assurance that all information that may contain contraband stays within the control of the Federal Government.

Once the drive has been image, please clearly mark the package and forward it to:

> **AUSA Jeff Clapper**
> **ATTN: DAN MEINKE / CFR**
> **325 S. 1st Ave., Suite 300**
> **Sioux Falls, SD 57104**

**NOTE: If sending media not provided by our office, please clearly label with corresponding case and ATTN: Dan Meinke.**

If you have any questions, please do not hesitate in contacting me via phone (605-334-9131) or email (colleen.zea@sdforensics.com).

Thank you,

Colleen M. Zea, JD, CEDS

CZ
Enclosure(s)