| | |
|---|---|
| **From:** | Collins, Sarah B.(USASD) |
| **To:** | Sazama, Heather (USASD) |
| **Subject:** | FW: USA v. Matthew Buchko |
| **Date:** | Thursday, January 12, 2023 9:05:04 AM |
| **Attachments:** | image002.png |

**From:** Strand Hollie <hollie.strand@pennco.org>
**Sent:** Thursday, January 12, 2023 9:04 AM
**To:** Collins, Sarah B.(USASD) <scollins3@usa.doj.gov>
**Subject:** [EXTERNAL] FW: USA v. Matthew Buchko

*Hollie Strand*
*Forensic Examiner*
*Internet Crimes Against Children (ICAC)*
*Pennington County Sheriff's Office*
*605-209-9921*

 

**From:** Colleen Zea <>
**Sent:** Wednesday, July 28, 2021 2:21 PM
**To:** Strand Hollie <hollie.strand@pennco.org>
**Cc:** Daniel Meinke <dan.meinke@sdforensics.com>
**Subject:** Re: USA v. Matthew Buchko

Thank you, Hollie!

**Colleen M. Zea, JD, CEDS**
Attorney & Certified eDiscovery Specialist

**We moved!**
2600 W. 49th St. #110
Sioux Falls, SD 57105
**general:** 605-334-9131 | **email:** colleen.zea@sdforensics.com
**direct:** 605-223-6358 | **fax:** 605-219-9503

On Wed, Jul 28, 2021 at 3:06 PM Strand Hollie <hollie.strand@pennco.org> wrote:
> Hello Colleen,

I have the files copied. The reports are zipped. The password is !23BUCHK0$#@!.

Have a great rest of your week!

*Hollie Strand*
*Computer Forensic Examiner*
*Internet Crimes Against Children (ICAC)*
*Pennington County Sheriff's Office*
*605-209-9921*

 

---

**From:** Colleen Zea <colleen.zea@sdforensics.com>
**Sent:** Tuesday, July 13, 2021 1:11 PM
**To:** Strand Hollie <hollie.strand@pennco.org>
**Cc:** Daniel Meinke <dan.meinke@sdforensics.com>
**Subject:** USA v. Matthew Buchko

**CAUTION:** This email is from an outside source. Use caution before opening attachments, clicking links or providing confidential information.

Hi Hollie,

Attached is the Order for the matter involving Mr. Buchko.

When you have time, please let me know the size media you'd need to copy the relevant digital evidence (non-sanitized) and forensic reports related to:

- NCMEC CyberTip 56898032
- Discord Subpoena Return
- Item #1 - Samsung Galaxy Note 9
- Item #3 - Western Digital 3TB (external)
- Item #5 - Western Digital 320GB (external)
- Item #6 - Western Digital 320GB (external)
- Item #7 - HP 17m-ae111dx Laptop
- Item #8 - Apple A1251 Laptop
- Item #15 - Lexar 32GB SD Card
- Item #16 - Samsung SM-G930V Phone

Thank you,
Colleen

**Colleen M. Zea, JD, CEDS**
Attorney & Certified eDiscovery Specialist

**Computer Forensic Resources - has moved!**
2600 W. 49th St. #110
Sioux Falls, SD 57105
**general:** 605-334-9131 | **email:** colleen.zea@sdforensics.com
**direct:** 605-223-6358 | **fax:** 605-219-9503

**Don't plead your case…Prove It**

*This e-mail, including any attachments, is confidential, may be legally privileged, and is covered by the Electronic Communications Privacy Act, 18 USC §§ 2510-2521. If you are not the intended recipient, you are hereby notified that any retention, disclosure, distribution, or copying of this information is strictly prohibited. If you are not the intended recipient, please reply to the sender that you have received this message in error and then delete it and any attachments.*

*This e-mail, including any attachments, is confidential, may be legally privileged, and is covered by the Electronic Communications Privacy Act, 18 USC §§ 2510-2521. If you are not the intended recipient, you are hereby notified that any retention, disclosure, distribution, or copying of this information is strictly prohibited. If you are not the intended recipient, please reply to the sender that you have received this message in error and then delete it and any attachments.*