# Alecia Fuller

| | |
|---|---|
| **From:** | Collins, Sarah B.(USASD) <Sarah.B.Collins@usdoj.gov> |
| **Sent:** | Friday, January 6, 2023 8:37 AM |
| **To:** | Alecia Fuller |
| **Subject:** | RE: Buchko |

Hollie is a fact witness in this trial. She did all of the exams so she will talk about all that she found and then Toby will explain the complicated stuff.

The safe is prevalent in a very small space, so yes, it will be in there, but I don't plan on showing it open showing his weapon stockpile. Not only would the safe be impossible to redact out of the photos, the fact that he had the passcode for it and the HP laptop which has all of the worst of his collection was located directly in front of it is certainly relevant. He admits it in the interview, so pictures containing the closed safe shouldn't hurt him.

I didn't even see handcuffs. If you see them when we give you the pictures then let me know and we can discuss what to do.

We are going back for day 3 of the CP and hope to have the illicit image exhibits selected when we finish today. Hollie then needs to create the exhibits and then you can view them with the corresponding witness list. She has informed me that once she is done she can accommodate you next week. We have located some things that are different from the ECU (some of the dates in the ECU were off due to software) but Hollie was able to double verify the correct dates and we will get those to you. I will also get you any other information we located when we dug deeper into his devices. It won't materially change anything, just provide some clarification.

Just a heads up - I am still a bit on the fence but I may not offer images to show the 404(b) items, but rather just have Hollie discuss what she found. I will keep you posted so you can plan your position.

On the Psychosexual – I will just mention it on the record at the PTC that we agree that it won't be admitted.

Thanks,
Sarah

---

**From:** Alecia Fuller <Alecia_Fuller@fd.org>
**Sent:** Thursday, January 5, 2023 3:39 PM
**To:** Collins, Sarah B.(USASD) <scollins3@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Buchko

Sorry for the duplicate email, but I am wondering if you are calling Hollie Strand? I am trying to figure out if you are planning on using Commander Russell to speak as to the facts or if he is just the expert as to the "technical stuff"?

Alecia E. Fuller /Assistant Federal Public Defender
Federal Public Defender Office / Districts of South Dakota and North Dakota
(605) 343-5110 / (605) 343-1498 (fax)
alecia_fuller@fd.org

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible dor delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

**From:** Alecia Fuller
**Sent:** Thursday, January 5, 2023 3:34 PM
**To:** sarah.b.collins@usdoj.gov
**Subject:** Buchko

Are you intending on offering any photos or testimony about the Firearms/Safe/Handcuffs in Mr. Buchko's home?

Alecia E. Fuller /Assistant Federal Public Defender
Federal Public Defender Office / Districts of South Dakota and North Dakota
(605) 343-5110 / (605) 343-1498 (fax)
alecia_fuller@fd.org

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.