# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

| United States of America<br>V.<br>Matthew Shawn Buchko | EXHIBIT LIST<br><br>Case Number:  5:21-cr-50021-01 |
|---|---|

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jeffrey L. Viken, United States District Judge | Sarah Collins and Heather Sazama | Alecia Fuller and Ellie Bastian |
| **TRIAL DATES** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| January 17, 2023 – January 20, 2023 | Sheri Not Help Him | JLS |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 1/18/23 | X | Cybertip 56898032 |
| 1A | | | 1/18/23 | X | NCMEC Certificate of Authenticity |
| 2 | | | 1/18/23 | X | Discord return |
| 2A | | | 1/18/23 | X | Discord Certificate of Authenticity |
| 3 | | | 1/18/23 | X | Vast Broadband (now Bluepeak) return |
| 3A | | | 1/18/23 | X | Vast Broadband (now Bluepeak) Certificate of Authenticity |
| 4 | | | 1/18/23 | X | Verizon return |
| 4A | | | 1/18/23 | X | Verizon Certificate of Authenticity |
| 5 | | | 1/18/23 | X | NCMEC ECD Technical Assistance Report |
| 5A | | | 1/18/23 | X | NCMEC Certificate of Authenticity |
| 6 | | | 1/18/23 | X | Defendant's Samsung Galaxy Note 9 SM-N960U Cell Phone (Item #1) |
| 6A | | | 1/18/23 | X | Device and account information on Exhibit 6 |
| 7 | | | 1/18/23 | X | Defendant's Western Digital 3TB External Hard Drive (Item #3) |
| 7A | | | 1/19/23 | X | Device and account information on Exhibit 7 |
| 8 | | | 1/18/23 | X | Defendant's Western Digital 320GB External Hard Drive (Item #5 – Serial Number WXE808FA2882) |
| 8A | | | 1/19/23 | X | Device and connectivity information for Exhibit 8 |
| 9 | | | 1/18/23 | X | Defendant's Western Digital 320GB External Hard Drive (Item #6 – Serial Number WXE808CX7812) |
| 9A | | | 1/19/23 | X | Device and connectivity information for Exhibit 9 |
| 10 | | | 1/18/23 | X | Defendant's Hewlett Packard 17m-ae111dx Laptop (Item #7) |
| 10A | | | 1/18/23 | X | Device and connectivity information for Exhibit 10 |
| 11 | | | 1/18/23 | X | Defendant's Lexar 32gb SD card (Item #15 – ECU: 2020-047HS) |
| 11A | | | 1/19/23 | X | Device and connectivity information for Exhibit 11 |

Page 1 of 6

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| 12 | | | 1/18/23 | X | Defendant's Samsung SM-G930V Phone (Item # 16) |
| 12A | | | 1/19/23 | X | Device and connectivity information for Exhibit 12 |
| 13 | | | 1/18/23 | X | Photo – Exterior Defendant's house |
| 14 | | | 1/18/23 | X | Photo – Interior Defendant's room |
| 15 | | | 1/18/23 | X | Photo – Interior Defendant's room |
| 16 | | | 1/18/23 | X | Photo – Interior Defendant's room |
| 17 | | | 1/18/23 | X | Photo – Cell phone |
| 18 | | | 1/18/23 | X | Photo – multiple devices |
| 19 | | | 1/18/23 | X | Photo – TV and devices |
| 20 | | | 1/18/23 | X | Photo – Device |
| 21 | | | 1/18/23 | X | Photo – My Book Essential Western Digital External hard drive (Serial Number WMC1T0651439 (Item #3) |
| 22 | | | 1/18/23 | X | Photo – My Book Essential Western Digital External hard drive (Serial Number WCAZA9300888(Item #4) |
| 23 | | | 1/18/23 | X | Photo – My Book Essential Western Digital External hard drive (illegible serial number) |
| 24 | | | 1/18/23 | X | Photo – WD hard drive and cell phone |
| 25 | | | 1/18/23 | X | Photo – WD hard drive and cell phone |
| 26 | | | 1/18/23 | X | Photo – laptop case |
| 27 | | | 1/18/23 | X | Photo – open laptop case with HP laptop computer (Item #7) |
| 28 | | | 1/18/23 | X | Photo – HP laptop back |
| 29 | | | 1/18/23 | X | Photo – Cable and storage device |
| 30 | | | 1/18/23 | X | Photo – two SD cards |
| 31 | | | 1/18/23 | X | Photo – cell phone |
| 32 | | | 1/18/23 | X | Photo – letter addressed to Defendant |
| 33 | | | 1/18/23 | X | Defendant's Interview |
| 33A | | | 1/18/23 | demonstrative | Defendant's Interview Transcript |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | 1/18/23 | X | SEALED Illicit image – e68a-b81a – NCMEC identified victim – "Mt. Lime" 11/7/2015 – "Mega/Jailbate folder" |
| 37A | | | 1/18/23 | X | Image information for Exhibit 37 |
| 38 | | | 1/18/23 | X | SEALED Illicit image – IMG_3389.JPG – NCMEC identified victim – "Paradise birds c" – 10/14/19 – "Desktop/Z Pics" |
| 38A | | | 1/18/23 | X | Image information for Exhibit 38 |
| 39 | | | 1/18/23 | X | Illicit video – b80b5d58 –NCMEC identified victim – (I minute) – "Tara" series 9/12/19 – "Desktop/Z random mega" |
| 39A | | | 1/18/23 | X | Video information for Exhibit 39 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| 39B | | | 1/18/23 | X | SEALED Illicit image – Collage for 39 |
| 40 | | | 1/18/23 | X | Illicit video – f01d655f.mov – NCMEC identified victim – "Project Salvo 1" – 9/12/2019 |
| 40A | | | 1/18/23 | X | Video information for Exhibit 40 |
| 40B | | | 1/18/23 | X | SEALED Illicit image – Collage of 40 |
| 41 | | | 1/18/23 | X | Illicit video – 8dd8daef - NCMEC identified victim – "Khay2" series – (9:19) 9/12/2019 |
| 41A | | | 1/18/23 | X | Video information for Exhibit 41 |
| 41B | | | 1/18/23 | X | SEALED Illicit image – Collage for 41 |
| 42 | | | 1/18/23 | X | SEALED Illicit image8 (two locations) |
| 42A | | | 1/18/23 | X | Image information on Exhibit 42 – 09c2-1728 (allocated) |
| 42B | | | 1/18/23 | X | Image information on Exhibit 42 – Size 92022 (unallocated clusters) |
| 43 | | | 1/18/23 | X | SEALED Illicit image – 138f-fb56 – location "Z2" 7/24/2019 |
| 43A | | | 1/18/23 | X | Image information for Exhibit 43 |
| 44 | | | 1/18/23 | X | SEALED Illicit image collage; file name "coco-sweet-hard-candy"; 9/4/2019 – located in "Z pics" |
| 44A | | | 1/18/23 | X | Image information on Exhibit 44 |
| 45 | | | 1/18/23 | X | SEALED Illicit image – 05.33.14.jpg – stored in "Z random" 8/26/2018 |
| 45A | | | 1/18/23 | X | Image information on Exhibit 45 (in "MBB not sorted") |
| 45B | | | 1/18/23 | X | Image information on Exhibit 45 (Z Random mega MBB porn) |
| 45C | | | 1/18/23 | X | Images of actress Millie Bobby Brown (non-illicit) located in "not sorted" |
| 46 | | | 1/18/23 | X | SEALED Illicit image – 0120-b62e 9/4/2019 |
| 46A | | | 1/18/23 | X | Image information for Exhibit 46 |
| 47 | | | 1/18/23 | X | Illicit video – 4ff7f159 – (18 seconds); located in "Z random" 9/12/2019 |
| 47A | | | 1/18/23 | X | Video information on Exhibit 47 |
| 47B | | | 1/18/23 | X | SEALED Illicit image – Collage of Exhibit 47 |
| 48 | | | 1/18/23 | X | Illicit video – 312c-1927 (47 seconds) located in "Z random" folder 9/12/2019 |
| 48A | | | 1/18/23 | X | Video Information on Exhibit 48 |
| 48B | | | 1/18/23 | X | SEALED Illicit image – Collage of Exhibit 48 |
| 49 | | | 1/18/23 | X | Illicit video – 81e137f6; (1:30); 9/12/2019 |
| 49A | | | 1/18/23 | X | Video information on Exhibit 49 |
| 49B | | | 1/18/23 | X | SEALED Illicit image – Collage of Exhibit 49 |
| 50 | | | 1/18/23 | X | Illicit video – WA0000(1).mp4; (20 seconds) located in "Z random" |
| 50A | | | 1/18/23 | X | Video information on Exhibit 50 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| 50B | | | 1/18/23 | X | SEALED Illicit image – Collage of Exhibit 50 |
| 51 | | | 1/18/23 | X | Illicit video – 1632-312c (1:59) (NCMEC hit- "Maroon Sheets") – 8/7/2019 "Mega Downloads" |
| 51A | | | 1/18/23 | X | Information on Exhibit 51 |
| 51B | | | 1/18/23 | X | SEALED Illicit image – Collage of Exhibit 51 |
| 52 | | | 1/18/23 | X | Illicit video – 2014-13.34.mp4 (3:45) 8/7/2019 "Mega Downloads" |
| 52A | | | 1/18/23 | X | Information on Exhibit 52 |
| 52B | | | 1/18/23 | X | SEALED Illicit image – Collage of Exhibit 52 |
| 53 | | | 1/18/23 | X | Illicit video – 734e-6652 (44 seconds) "Mega Downloads" 8/7/2019 |
| 53A | | | 1/18/23 | X | Information on Exhibit 53 |
| 53B | | | 1/18/23 | X | SEALED Illicit image – Collage of Exhibit 53 |
| 54 | | | | | |
| 54A | | | | | |
| 54B | | | | | |
| 55 | | | 1/18/23 | X | Illicit video 20D6-2504 (54 seconds) "Mega Downloads" |
| 55A | | | 1/18/23 | X | Information on Exhibit 55 |
| 55B | | | 1/18/23 | X | SEALED Illicit image – Collage of Exhibit 55 |
| 56 | | | 1/18/23 | X | Illicit video 9a95-8f1b (11 seconds) – "Mega Downloads" – 5/29/2017 |
| 56A | | | 1/18/23 | X | Information on Exhibit 56 |
| 56B | | | 1/18/23 | X | SEALED Illicit image – Collage of Exhibit 56 |
| 56C | | | 1/18/23 | X | Information on 56 verifying date with multiple tools |
| 57 | | | 1/18/23 | X | Illicit video 15.11.2016…mp4 (23:41) 8/7/2019 "Mega Downloads" |
| 57A | | | 1/18/23 | X | Information on Exhibit 57 |
| 57B | | | 1/18/23 | X | SEALED Illicit image – Collage of Exhibit 57 |
| 58 | | | 1/18/23 | X | SEALED Illicit image – 6d30-8e2c – 2/7/20 Tumblr |
| 58A | | | 1/18/23 | X | Information on Exhibit 58 |
| 59 | | | 1/18/23 | X | SEALED Illicit image – fa40-2559; 2/14/2020 "Tumblr" |
| 59A | | | 1/18/23 | X | Information on Exhibit 59 (Tumblr) |
| 59B | | | 1/18/23 | X | Information on same illicit image as 59 in DCIM thumbnails – 1571-8267 – 10/16/2019 |
| 60 | | | | | Illicit image – 2f41-5b71; 2/14/2020; Tumblr |
| 60A | | | | | Information on Exhibit 60 |
| 61 | | | 1/19/23 | X | SEALED Illicit image – 66ce-208e; 7/19/2019 – located in Gallery |
| 61A | | | 1/19/23 | X | Information on Exhibit 61 |
| 62 | | | 1/19/23 | X | SEALED Illicit image – 1396-6536; 4/7/2014; quick image zip – sd card – download |

Page 4 of 6

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| 62A | | | 1/19/23 | X | Information on Exhibit 62 |
| 63 | | | 1/19/23 | X | Non-illicit video titles from Item #1 |
| 64 | | | 1/19/23 | X | Non-illicit image of Defendant's Jeep in front of his house – 1562-0530 |
| 65 | | | 1/19/23 | X | Non-illicit selfie image of Defendant in DCIM file 1571-1359 |
| 66 | | | | | |
| 67 | | | 1/19/23 | X | Non-illicit image of Defendant's car registration (Jeep) 2020-4900 – DCIM Camera 1/30/20 |
| 68 | | | 1/19/23 | X | SEALED Illicit image – Cybertip image |
| 68A | | | 1/19/23 | X | Information on Exhibit 68 – 1538-5876; "Album 1" folder 9/27/2019 |
| 68B | | | 1/19/23 | X | Non-illicit – 1569-4564 – DCIM thumbnail |
| 69 | | | | | Illicit image – 1580-3702 – DCIM Thumbnails |
| 69A | | | | | Information on Exhibit 69 |
| 70 | | | 1/19/23 | X | Non-illicit screenshot 2019-3044; with "Riley" on Mega "thanks for the Tiffany Teen dump" on Discord 10/24/2019 |
| 71 | | | 1/19/23 | X | Non-illicit screenshot 2019-1615 on Discord; 10/1/2019 "Yunguns" |
| 72 | | | 1/19/23 | X | Illicit video – "15 year old Nasty Natalie" with filename "PTHC vichatter lolifuck" 15yo Nasty Natalie rubs herself off on cam – REALLY HOT – Orgasm (New 2012); (2:51); 8/7/2019 – Mega Downloads |
| 72A | | | 1/19/23 | X | Information on 72 |
| 72B | | | 1/19/23 | X | SEALED Illicit image – Collage of Exhibit 72 |
| 73 | | | 1/19/23 | X | SEALED Illicit image – 5627-9136 12/10/18; in the "android.gallery3d/cache" |
| 73A | | | 1/19/23 | X | Information on Exhibit 73 |
| 74 | | | 1/19/23 | X | SEALED Illicit image – 6511-9444 – located in "gallery3d/cache"; 12/30/18 |
| 74A | | | 1/19/23 | X | Information on 74 |
| 74B | | | 1/19/23 | X | Information on 74 – 1161-0323 12/30/18 |
| 75 | | | 1/19/23 | X | SEALED Illicit image 1423-8423 12/30/18 |
| 75A | | | 1/19/23 | X | Information on 75 |
| 76 | | | | | Illicit video 4eac-a902 (11:23) 7/16/2012 at 2:15:30 – backed up to hard drive) "Vid 03:04:13" |
| 76A | | | | | Information on Exhibit 76 |
| 76B | | | | | Illicit image – Collage of Exhibit 76 |
| 77 | | | | | Illicit video – 4fd2-9c4f (6:03) "Natasha6" – 8/16/2012 |
| 77A | | | | | Information on Exhibit 77 |
| 77B | | | | | Illicit image – Collage of Exhibit 77 |
| 78 | | | 1/19/23 | X | SEALED Illicit Image – I1247-1038 – Located in "Consolidation" folder |

Page 5 of 6

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | |
|---|---|---|---|---|
| 78A | | 1/19/23 | X | Information on Exhibit 78 |
| 79 | | 1/19/23 | X | SEALED Illicit image – Size #119252 |
| 79A | | 1/19/23 | X | Information on Exhibit 79 |
| 80 | | 1/19/23 | X | SEALED Illicit image – size 362028 |
| 80A | | 1/19/23 | X | Information on Exhibit 80 |
| 81 | | | | Illicit image – Size 103261 |
| 81A | | 1/19/23 | X | Information on Exhibit 81 |
| 82 | | | | Illicit image – Https_500 – "All Pics" folder – 1/15/2016 - Tumblr |
| 82A | | 1/19/23 | X | Information on 82 |
| 83 | | 1/19/23 | X | SEALED Illicit image – Rezeise_129_totallynsfw_com_730.jpg – "K Bauer" – NCMEC identified victim 2/5/2011 in "buntitled folder" |
| 83A | | 1/19/23 | X | Information on Exhibit 83 |
| 84 | | | | Video (11:23) 7/16/2012 |
| 84A | | | | Information on Exhibit 84 (in "1untitled folder") |
| 84B | | | | Information on Exhibit 84 (in "Qunititled") |
| 84C | | | | Information on Exhibit 84 (in "Vids07[]31") |
| 84D | | | | Illicit image – Collage of Exhibit 84 |
| 85 | | 1/19/23 | X | Non-illicit image icon artifacts from Item #6 |
| 86 | | 1/19/23 | X | Non-illicit image titles from Item #6 |
| 87 | | | | Illicit image – NCMEC Hit "Rezeise" – "k bauer" – "Totallynsfw" 2/5/2011; located in "buntitled" folder |
| 87A | | 1/19/23 | X | Information on Exhibit 87 |
| 88 | | | | Illicit image – 1247-1038; 3.28/2011 "buntitled" |
| 88A | | 1/19/23 | X | Information on Exhibit 88 |
| 89 | | 1/19/23 | X | SEALED Illicit image https_500 – "Tumbler" and "ALL PIC" folder; 10/15/2015 |
| 89A | | 1/19/23 | X | Information on Exhibit 89 |
| 90 | | | | Illicit video – 4eac-a902 – 7/16/2012 (11:23); "1unhtitled" folder (Sic) |
| 90A | | | | Information on Exhibit 90 |
| 90B | | | | Illicit image – Collage of Exhibit 90 |
| 91 | | 1/19/23 | X | Illicit video – c1008.mpg – "entire Mac HDD Backup" in Deleted |
| 91A | | 1/19/23 | X | Information on Exhibit 91 |
| 91B | | 1/19/23 | X | SEALED Illicit image – Collage of Exhibit 91 |
| | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.