UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW SHAWN BUCHKO,<br><br>Defendant. | CR. 21-50021-JLV<br><br>VERDICT |

We, the jury duly empaneled and sworn to try the issues in the case, unanimously find as follows:

### COUNT I

1A. We unanimously find the defendant MATTHEW SHAWN BUCHKO (fill in either "not guilty" or "guilty") __Guilty__ of Receipt of Child Pornography on or about between April 17, 2014, and February 27, 2020, as charged in count I of the indictment.

If you found the defendant MATTHEW SHAWN BUCHKO not guilty of count I, do not complete the following section. If you found the defendant MATTHEW SHAWN BUCHKO guilty of count I, designate by marking the lines below which of the following images you found to be visual depictions containing child pornography. **Your findings as to each image must be unanimous**:

✓ 37         ✓ 45         ✓ 53         ✓ 68
✓ 38         ✓ 46         ✓ 55         ✓ 72
✓ 39         ✓ 47         ✓ 56         ✓ 73
✓ 40         ✓ 48         ✓ 57         ✓ 74
✓ 41         ✓ 49         ___ 58         ✓ 75
✓ 42         ✓ 50         ✓ 59
✓ 43         ✓ 51         ___ 61
✓ 44         ✓ 52         ✓ 62

1B. Answer if, and only if, you found Mr. Buchko not guilty or are unable to reach a unanimous verdict as to the offense of receipt of child pornography in part 1A of this form. If you found Mr. Buchko guilty of receipt of child pornography proceed to count II.

We unanimously find the defendant MATTHEW SHAWN BUCHKO (fill in either "not guilty" or "guilty") _____ of possession of child pornography as a lesser included offense of count I as set out in Instruction No. 24.

If you found the defendant MATTHEW SHAWN BUCHKO not guilty of possession of child pornography do not complete the following section. If you found the defendant MATTHEW SHAWN BUCHKO guilty of possession of child pornography, designate by marking the lines below which of the following images you found to be visual depictions containing child pornography. **Your findings as to each image must be unanimous**:

| ___ 37 | ___ 45 | ___ 53 | ___ 68 |
| ___ 38 | ___ 46 | ___ 55 | ___ 72 |
| ___ 39 | ___ 47 | ___ 56 | ___ 73 |
| ___ 40 | ___ 48 | ___ 57 | ___ 74 |
| ___ 41 | ___ 49 | ___ 58 | ___ 75 |
| ___ 42 | ___ 50 | ___ 59 | |
| ___ 43 | ___ 51 | ___ 61 | |
| ___ 44 | ___ 52 | ___ 62 | |

If you found any of the images to be visual depictions containing child pornography, designate by marking the lines below which images, if any, involved a minor who had not attained 12 years of age. **Your findings as to each image must be unanimous**:

| ___ 38 | ___ 43 | ___ 48 | ___ 61 |
| ___ 39 | ___ 44 | ___ 49 | ___ 62 |
| ___ 40 | ___ 45 | ___ 56 | ___ 68 |
| ___ 41 | ___ 47 | ___ 57 | ___ 73 |

## COUNT II

2. We unanimously find the defendant MATTHEW SHAWN BUCHKO (fill in either "not guilty" or "guilty") __GUILTY__ of Possession of Child Pornography on or about February 27, 2020, as charged in count II of the indictment.

If you found the defendant MATTHEW SHAWN BUCHKO not guilty of count II, do not complete the following section. If you found the defendant

MATTHEW SHAWN BUCHKO guilty of count II, designate by marking the lines below which of the following images you found to be visual depictions containing child pornography. **Your findings as to each image must be unanimous**:

__Y__ 78      __Y__ 80      ____ 89
__Y__ 79      __Y__ 83      __Y__ 91

__January 20, 2023__
Date

_____
Foreperson

3